# Court of Appeals
# of the State of Georgia

ATLANTA,  July 01, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0390. DANIEL JONES v. THE STATE.**

In February 2022, Daniel Jones pleaded guilty to one count of trafficking in methamphetamine. In December 2023, Jones filed a motion to vacate or set aside the conviction, asserting that the trial court lacked subject matter jurisdiction over his criminal case. The trial court denied the motion on December 8, 2023. Jones filed a direct appeal, which this Court dismissed. See Case No. A24A1356 (April 26, 2024). Jones then filed this application for discretionary appeal on June 18, 2024. We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Jones's application was filed more than six months after entry of the order he seeks to appeal. Because it is untimely, we lack jurisdiction to consider Jones's application.

Moreover, a post-conviction motion seeking to vacate an allegedly void conviction is not a valid procedure in a criminal case, and any appeal from the denial or dismissal of such a motion must be dismissed. See *Williams v. State*, 287 Ga. 192, 192 (695 SE2d 244) (2010); *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).

For these reasons, this application for discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/01/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*